**LAW OFFICES OF SHAI OVED**
Shai Oved, Esq.  CBN 185526
7445 Topanga Cyn Blvd, Suite 220
Canoga Park, California 91303
Email - ssoesq@aol.com
Tel: (818) 992-6588
Fax: (818) 992-6511

**Attorneys for Debtor**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO. 2:16-bk-21668-BB |
| | Chapter 7 |
| HERZL BEN MAROME, | DECLARATION OF HERZL BEN MAROME RE: FUNDS FOR SETTLEMENT |
| Debtor. | Hearing |
| | Date: November 15, 2017 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 1539 |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |

### DECLARATION OF HERZL BEN MAROME

I, Herzl Ben Marome, declare as follows:

The forgoing facts are within my personal knowledge, and if called as a witness, I am competent to testify thereto.

1. This case was commenced by my filing of a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on August 31, 2016.

2. In order to assist in my fresh start and settle claims with the Chapter 7 Trustee, I have made arrangements to borrow from my brother, Azriel Naor, $85,000.  I have also made arrangements to borrow additional funds to cure arrears and/or reach a payment plan on the 638 Pier Ave. (Unit B and Unit D), Los Angeles, CA 90405 (Both have been granted relief from stay, Unit B is effective December 1, 2017; and Unit D has already been abandoned to me so I can sell or

1  secure a new loan against my exempt homestead equity).

2      3. I tried to settle with Wipranik by making similar arrangements but when I was not able to
3  resolve our differences with a mediator's assistance, I determined that I should concentrate on
4  resolution with the Chapter 7 Trustee.

5      I declare that the information contained herein is true and correct under penalty of perjury
6  under the laws of the United State of America.

7  Dated: November 7, 2017

8  _____
   Herzl Ben Marome